```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02865
   VINCENT BROCKS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3458

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/29/2005 and was confirmed 04/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   29.00%.

     The case was dismissed after confirmation 09/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AFFILIATED FINANCIAL COR  SECURED              .00           .00            .00
WELLS FARGO               MORTGAGE ARRE    5732.10           .00        5732.10
WELLS FARGO               CURRENT MORTG        .00           .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED        9186.38           .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY      1,350.00                    1,350.00
TOM VAUGHN                TRUSTEE                                        384.90
DEBTOR REFUND             REFUND                                            .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                7,467.00

PRIORITY                                             .00
SECURED                                         5,732.10
UNSECURED                                            .00
ADMINISTRATIVE                                  1,350.00
TRUSTEE COMPENSATION                              384.90
DEBTOR REFUND                                        .00
                       ---------------       ---------------
TOTALS                 7,467.00                 7,467.00




               PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02865 VINCENT BROCKS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE